NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
RYAN J. WATERS (Cal. Bar No. 268015)
Special Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4493
     Facsimile: (213) 894-0142
     E-mail:    Ryan.Waters@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF SEIZURE OF APPLICATION, AFFIDAVIT, AND SEIZURE WARRANT 2:19-MJ-144 | No. 2:19-MJ-144<br><br>**GOVERNMENT'S EX PARTE APPLICATION FOR ORDER UNSEALING SEIZURE WARRANT AFFIDAVIT, APPLICATION AND SEALING ORDER; DECLARATION OF RYAN J. WATERS** |
|---|---|

     Plaintiff United States of America, by and through Special Assistant United States Attorney Ryan J. Waters, hereby applies *ex parte* to the Court for an order unsealing the supporting affidavit, application, and sealing order for the seizure warrant issued in the above-captioned case.

//

//

The reasons supporting the *ex parte* application are set forth in the accompanying Declaration of Ryan J. Waters.

Dated: June 17, 2019        Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


       */s/ Ryan J. Waters*
RYAN J. WATERS
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF RYAN J. WATERS**

I, Ryan J. Waters, hereby declare:

1. I am a Special Assistant United States Attorney in the Central District of California. I make this declaration in support of the government's *ex parte* application for an order unsealing all supporting affidavits, applications, and sealing orders relating to the following seizure warrants:

   a. *In the Matter of the Seizure of all funds up to $12,945,969.77 on deposit in PayPal Inc., account number 1363478068926337206; all funds up to $353,400.15 on deposit in PayPal Inc., account number 1171254696292774961; and all funds up to $52,615.00 on deposit in PayPal Inc., account number 1624332698454781813.*
   Case Number 2:19-MJ-144 filed on January 18, 2019.

   b. *In the Matter of the Seizure of all funds up to $2,414,417.20 on deposit in JP Morgan Chase Bank, account number 855196783 and all funds up to $600,000.00 on deposit in JP Morgan Chase Bank, account number 3655817980.*
   Case Number 2:19-MJ-145 filed on January 18, 2019.

   c. *In the Matter of the Seizure of all funds up to $4,904,532.78 on deposit in Wells Fargo Bank, account number 1485027435 and all funds up to $250,000.00 on deposit in Wells Fargo Bank, account number 7302029967.*
   Case Number 2:19-MJ-146 filed on January 18, 2019.

2.   On January 18, 2019, the Honorable Judge Frederick F. Mumm, United States Magistrate Judge, signed the referenced warrants and orders sealing the affidavits and applications until further order of the Court.

3.   On June 6, 2019, a federal grand jury returned an indictment arising from the investigation described in the affidavits, in the matter of *United States v. Argishti Khudaverdyan and Alen Gharehbagloo*, CR No. 19-339-SVW.  That indictment was filed under seal and ordered to remain under seal until the arrest of any defendants in that case.

4.   On June 10, 2019, pursuant to arrest warrants issued under CR No. 19-339-SVW, federal agents arrested the two individuals charged in that case.  Those two individuals made their initial appearances on June 10, 2019.

5.   In order to comply with its discovery obligations in *United States v. Argishti Khudaverdyan and Alen Gharehbagloo*, CR No. 19-339-SVW, the government wishes to produce the seizure warrants, supporting affidavits, applications and sealing orders to the defendants.  However, under the terms of the Sealing Orders, the supporting affidavits remain under seal.

//

//

1 | The government therefore requests that this Court unseal the
2 | supporting affidavits, applications and sealing orders.
3 |     I declare under penalty of perjury that the foregoing is true
4 | and correct.
5 |     Executed on June 17, 2019, at Los Angeles, California.

                                            */s/ Ryan J. Waters*
                                            RYAN J. WATERS